STANBERY, Appellant, v. ANDREWS, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Elias M. Stanbery against Chase Andrews.

R. B. Knowles, for appellant. A. S. Andrews, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.